UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Nancy Berg v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10840-DRH |
| *Beth Breining v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10476-DRH |
| *Laura Burke, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10419-DRH |
| *Amy Clark v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10428-DRH |
| *Katie Gardner-Wimberley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12899-DRH |
| *Carrie Caliman George v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10846-DRH |
| *Brenda Hanna v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11187-DRH |
| *Julie Lail v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10471-DRH |
| *Arlene Martinez v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10812-DRH |
| *Samantha Massa v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10951-DRH |
| *Cynthia Morrill-Secor v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11182-DRH |

| | |
|---|---|
| *Alicia Moussa v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11828-DRH |
| *Teresa Papagni v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10522-DRH |
| *Marcy Riccitelli v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13471-DRH |
| *Jennifer Sanchez v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10763-DRH |
| *Tajuana Nicole Smith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11545-DRH |
| *Selena Swan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11215-DRH |
| *Sarah Taylor v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10811-DRH |
| *Audrey Veillette v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10383-DRH |
| *Sonia Weaver v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10458-DRH |
| *Danya Williams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12103-DRH |
| *Amber Wilson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13208-DRH |
| *Nina Wiseman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11062-DRH |
| *Fawn Workman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12916-DRH |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 9, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                          **NANCY J. ROSENSTENGEL,**
                                          **CLERK OF COURT**

                                        **BY:**   /s/*Sara Jennings*
                                                    **Deputy Clerk**

**Dated:**  March 11, 2014

Digitally signed by David R. Herndon
Date: 2014.03.11 21:57:16 -05'00'

**APPROVED:**
       **CHIEF JUDGE**
       **U. S. DISTRICT COURT**